IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TAVARCHIE L. RANKIN**                                                                 **PLAINTIFF**

**VERSUS**                                               **CIVIL ACTION NO.  4:07cv5-DPJ-JCS**

**LAURA BENNETT, MATTIE COLLINS,**
**and FRANK HARRIS**                                                                 **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED AND ADJUDGED** this the 25th day of September, 2007.

                                                             s/ *Daniel P. Jordan III*
                                                             UNITED STATES DISTRICT JUDGE